GOLDSMITH & HULL/File #599157
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Michael L. Goldsmith (SBN 291700)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DENISE A.BURBRIDGE akA DENIZ A.IRIAJEN,<br><br>             Defendant. | CASE NO. 2:16-cv-06284-PA-MRW<br><br>DEFAULT JUDGMENT |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) DENISE A.BURBRIDGE akA DENIZ A.IRIAJEN,  on **DECEMBER 8,2016**   for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of  F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) DENISE A.BURBRIDGE akA DENIZ A.IRIAJEN, the sum of $1,592.79 principal for claim one and $4,793.72 principal for claim two, $3,191.17 accrued pre-judgment interest for claim one and  $9,519.16 accrued pre-judgment interest for claim two, $0.00 penalties/administrative charges, $469.00 court cost, plus $838.65 attorneys fees, less credits of $0.00, for a total of $20,404.49 plus interest

//

//

from December 8, 2016, at the rate of $0.31 and $0.92 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: 12/9/2016

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California



BY: Margo Mead
DEPUTY CLERK

:P549F