JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>DENISE BURBRIDGE, also known as Deniz A. Iriajen,<br><br>       Defendant. | CV 16-6284 PA (MRWx)<br><br>JUDGMENT |

Pursuant to the Court's June 9, 2017, order granting the Motion for Summary Judgment filed by plaintiff the United States of America ("Plaintiff") it is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

    1.    Plaintiff shall have judgment in its favor against defendant Denise Burbridge, also known as Deniz A. Iriajen ("Defendant");

    2.    On Promissory Notes 1 and 2, Plaintiff shall recover from Defendant $1,592.79 in principal, prejudgment interest of $3,200.21 accrued as of April 14, 2017, and prejudgment interest on the principal from April 14, 2017, until the date of judgment at the rate of seven percent per annum;

3.  On Promissory Notes 3 and 4, Plaintiff shall recover from Defendant $4,793.72 in principal, prejudgment interest of $9,630.58 accrued as of April 14, 2017, and prejudgment interest on the principal from April 14, 2017, until the date of judgment at the rate of seven percent per annum;

4.  Plaintiff shall be entitled to post judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961; and

5.  Plaintiff is entitled to costs of suit pursuant to Local Rule 54.

The Clerk is ordered to enter this Judgment.

DATED: June 9, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE