1  Denise A. Burbridge (Full Name)

2  diriajen2003@yahoo.com (Email Address)

3  PO Box 651 (Address Line 1)

4  Beverly Hills CA 90213 (Address Line 2)

5  310-867-0817 (Phone Number)

6  Defendant in Pro Per

7  (indicate Plaintiff or Defendant)

FILED
CLERK U.S. DISTRICT COURT
AUG 14 2017
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ORIGINAL

8

9  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

10 Case No.: 2:16-CV-06284-PA-MRW

11 United States of America

12                          Denise A. Burbridge's
        Plaintiff,          (indicate Plaintiff or Defendant)

13 vs.

14 Denise A. Burbridge      **NOTICE OF MOTION AND**

15                          **MOTION** For Reconsideration

16 _____

17 _____,
        Defendant(s).

18

19                          **Hearing Date:** Oct 16, 2017

20                          **Hearing Time:** 1:30 p.m

21                          **Judge:** Anderson
                                      (Judge's name)

22                          **Place:** 9 A
                                      (courtroom number)

23

24 **TO THE HONORABLE COURT AND TO ALL PARTIES:**

25    PLEASE TAKE NOTICE that on _Oct 16, 2017_ at _1:30 p.m._,
                                    (date)                (time)

26

27 or as soon thereafter as this matter may be heard in the above-entitled Court

28
   located at _First Street Courthouse, Courtroom 9 A_ ,
              (address of the Court in which the motion is being made)

1  Denise A. Burbridge , the Defendant
   (your name)                (indicate Plaintiff or Defendant)

3  in this case, will move this Court to: Reconsideration
   (describe the nature of your motion)

4  order granting Summary Judgment
5
6  _____
7  _____
8  _____
9  _____.

10     This motion is based upon the following documents:

11  Memo of Points + Authorities
12  (list the documents, such as a Memorandum of Points and Authorities and a Declaration, that support your motion)

13  Declaration
14
15  _____,

16  the complete files and records in this action, and upon such oral and documentary

17  evidence as may be allowed at the hearing of this motion.

18
19     This motion is made following the conference of counsel pursuant to L.R.

20  7-3 which took place on August 14, 2017
21  (date)

22  DATED: August 14, 2017

23
24  By: Denise Burbridge
        (sign)

25  Denise A. Burbridge
26  (print name)

27  Defendant in Pro Per
   (indicate Plaintiff or Defendant)

28